David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Blvd., Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Attorneys for Defendant,*
IZHAK HALBANI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Anton A. Ewing | Case No. 22CV0919-BAS-WVG |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| IZHAK HALBANI, an individual | |
| Defendant. | |

TO THIS HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff ANTON A. EWING ("Plaintiff"), In Pro Se, and Defendant IZHAK HALBANI ("Defendant"), through its counsel of record, Carlson & Messer LLP, agree as follows:

WHEREAS, Plaintiff filed his Complaint on or about June 23, 2022;

WHEREAS, Defendant's response to the Complaint is due on or before July 27, 2022;

WHEREAS, Defendant and Defendant's counsel require additional time in which to respond to the allegations in the Complaint;

WHEREAS, Plaintiff and Defendant (hereinafter, collectively referred to as, the "Parties") agree to allow Defendant an extension of time to file its response to Plaintiff's Initial Complaint;

NOW THEREFORE, IT IS SO JOINTLY AGREED, and the Parties jointly move the Court for an Order allowing Defendant an extension of time, up to and including August 26, 2022, in which to file a responsive pleading to Plaintiff's Initial Complaint.

Dated: July 27, 2022      **PLAINTIFF IN PRO SE**

By: _____
ANTON A. EWING
Plaintiff in Pro Se

Dated: July 27, 2022      **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
IZHAK HALBANI