# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                     Plaintiff,<br><br>vs.<br><br>IZHAK HALBANI<br><br>                     Defendant. | Case No. 22cv0901-BAS-WVG<br><br>**ORDER RE JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Extend time for Defendant IZHAK HALBANI to Respond to Plaintiff's Complaint is granted. No later than August 26, 2022, Defendant shall file and serve a response to the complaint, if any.

IT IS SO ORDERED.

Dated: _____2022

                                                                                   THE HONORABLE CYNTHIA BASHANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of July, 2022, a true and accurate copy of the foregoing ORDER RE JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT was filed with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address(es):

ANTON@ANTONEWING.COM

KAMINSKID@CMTLAW.COM

WATKINSS@CMTLAW.COM

/s/ David J. Kaminski
David J. Kaminski