# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IZHAK HALBANI,<br><br>　　　　　　Defendant. | Case No. 22-cv-00919-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT (ECF No. 4)** |

   Pending before the Court is the parties' joint motion to extend Defendant's time to respond to Plaintiff's complaint. (ECF No. 4.) Good cause appearing, the Court **GRANTS** the joint motion. Defendant must file a response to Plaintiff's complaint **on or before August 26, 2022**.

   **IT IS SO ORDERED.**

**DATED: July 28, 2022**

Hon. Cynthia Bashant
United States District Judge

- 1 -

22-cv-00919